**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL ACTION NO.** 26-33-DLB-EBA

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**


**V.**                            **MOTION OF UNITED STATES**
                                 **FOR ISSUANCE OF SUMMONS**


**TIMMY G. ROBINSON, JR.**                                             **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the

Defendant, **TIMMY G. ROBINSON, JR.**, to answer the felony charges returned by the

Grand Jury on June 4, 2026.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY


By:  *s/Paul McCaffrey*
      Paul McCaffrey
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4820
      paul.mccaffrey@usdoj.gov