**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL ACTION NO.** __26-33-DLB-EBA__

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**


**V.**                          **ORDER FOR ISSUANCE OF SUMMONS**


**TIMMY G. ROBINSON, JR.**                                      **DEFENDANT**

**\*   \*   \*   \*   \***

The Court ORDERS that the Motion of the United States for issuance of summons

is GRANTED, and Summons shall be ISSUED for the Defendant, **TIMMY G.**

**ROBINSON, JR.**, to APPEAR in United States District Court at Ashland, Kentucky, on

_____, 2026, at _____, and shall DIRECT the Defendant to

contact the United States Probation Office in Ashland, Kentucky, at telephone number

(606) 329-0339, within 48 hours of the receipt of the Summons, excluding weekends, in

order to arrange an interview by the United States Probation Office for the purpose of

obtaining information pertaining to the pretrial release of the Defendant.

On this _____ day of _____, 2026.


                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies:    United States Marshal
            United States Probation
            Paul McCaffrey, Assistant United States Attorney
            Kent Wicker, Attorney for Defendant