UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 0:26-CR-00033-DLB-EBA

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

V.                                            **ORDER**

TIMMY G. ROBINSON, JR.,                                                      DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

Upon the Court's own motion,

**IT IS ORDERED** that the telephonic conference previously scheduled for Monday, July 20, 2026, at 1:00 P.M., [R. 20], **is RESCHEDULED** and will now occur on **Tuesday, July 21, 2026, at 2:00 P.M.**, originating from **LEXINGTON**. All other directives of the Court's prior Order, [R. 20], remain in effect.

Signed July 17, 2026.

Signed By:

*Edward B. Atkins*   𝓔𝓑𝓐
**United States Magistrate Judge**